UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ISMAEL GINES SANDOVAL,<br><br>Movant. | No. 2:08-cr-0346 LKK AC P<br><br><br><br>ORDER |

On March 18, 2013, petitioner, a federal prisoner proceeding in pro per, filed a motion attacking his conviction and sentence under 28 U.S.C. § 2255. ECF No. 75. On June 4, 2013, the United States filed a motion to dismiss or, in the alternative, for summary judgment. ECF No. 80. Petitioner has not opposed the motion.

The local rules provide: "Failure of the responding party to file a written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion…." Local Rule 230(l). Good cause appearing, IT IS ORDERED that, within thirty days from the date of this order, petitioner shall file an opposition, if any, to the government's motion to dismiss or, in the alternative, for summary judgment. Failure to file an opposition will be

////

////

////

1

deemed as consent to have the pending motion granted.

DATED: August 23, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ls//sand0346noopp